UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
SIMON ISAKOV,

                              Plaintiff,                            25-CV-1204 (DEH) (KHP)

             -against-

                                                     **ORDER ADJOURNING INITIAL**
MAIDEN REST.,LLC.,                                  **CASE MANAGEMENT**
                                                            **CONFERENCE**

                              Defendant.
-----------------------------------------------------------------X
**KATHARINE H. PARKER, United States Magistrate Judge:**

       In light of the Notice of Settlement filed on May 1, 2025 (doc. no 17) the Initial Case Management Conference currently scheduled for **May 6, 2024** is hereby adjourned *sine die*.

       SO ORDERED.

DATED:     New York, New York
               May 2, 2025

                                                   _____
                                                     KATHARINE H. PARKER
                                                     United States Magistrate Judge

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 05/02/2025